**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAFAEL LEGORRETA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL LEGORRETA,<br><br>Defendant | Case No.: 14-cr-00269-AWI-BAM<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHIIE AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAFAEL LEGORRETA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, August 24, 2015 be VACATED and a Change of Plea Hearing be set for Monday, August 31, 2015.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

1

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: 8/20/2015                         */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            Rafael Legorreta

DATED: 8/20/15                            */s/ Brian Delaney*
                                            BRIAN DLEANEY
                                            Assistant U.S. Attorney

# ORDER

The Status Conference set August 24, 2015 is VACATED and a Change of Plea hearing is set for August 31, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii. Time is excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  August 20, 2015                         [signature]
                                              SENIOR  DISTRICT  JUDGE