**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAFAEL LEGORRETA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAFAEL LEGORRETA , <br><br> Defendant | ) Case No.:1:14-CR-00269-AWI-BAM <br> ) <br> ) **STIPULATION AND ORDER TO** <br> ) **CONTINUE SENTENCING** <br> ) <br> ) <br> ) <br> ) <br> ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND BRIAN DELANY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAFAEL LEGORRETA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing currently set for Monday, November 23, 2015 be continued to Monday, December 14, 2015.

I am beginning trial in the matter of *People v. Jonathan Quevedo, BM868246A*, in Kern County Superior Court.  This trial in anticipated to last approximately three days.  I have spoken to AUSA Brian Delaney, and he has no objection to continuing the sentencing to December 14th, 2015.  In the event the trial has not completed, one of my associates will be prepared to proceed with sentencing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                          Respectfully Submitted,

DATED: 11/18/15                              */s/ David A Torres*
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          RAFAEL LEGRRETA

DATED: 11/18/15                              */s/Brian K. Delaney*
                                          BRIAN DELANEY
                                          Assistant U.S. Attorney

## ORDER

The Sentencing hearing for the above named defendant is continued to **January 11, 2016**, at 10:00a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  November 20, 2015                _____
                                               SENIOR DISTRICT JUDGE