IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RAFAEL LEGORRETA,<br><br>                    Defendant. | CASE NO.  1:14-CR-00269-002 AWI<br><br>ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO TITLE 18 U.S.C. §  3582(c)(2)<br><br>(Doc. 73) |

   The defendant has filed a motion under 18 U.S.C. § 3582(c)(2), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses.  The Government has opposed the motion on the basis that the defendant received the benefit of this amendment when originally sentenced in anticipation of the amendment and agreed not to request a further reduction. The Government is correct.  For that reason, the Court will deny the defendant's motion.

    Section 3582(c)(2) authorizes district courts to modify an imposed sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013).  Effective November 1, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical

types.  The Commission also voted to make Amendment 782 retroactively applicable to previously sentenced defendants.  When originally sentenced, the probation officer used the 2015 Guidelines Manual which incorporated Amendment 782 to calculate the defendant's sentencing guideline range.  See Doc. 51 at 5 ("The 2015 Guidelines Manual, incorporating all guideline amendments, was used to determine the defendant's offense level.") The defendant was not "sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission."  The defendant received the benefit of Amendment 782.

Based on the foregoing, IT IS HEREBY ORDERED that the defendant's motion is denied.

IT IS SO ORDERED.

Dated:   March 1, 2017

SENIOR DISTRICT JUDGE

2